# EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
================================X
TRINGA LIMA SADRIU,

                        Plaintiff,

    -against-

TARGET CORPORATION and ALLIED AUSTIN, LLC,

                        Defendants.
================================X

Date Filed:
Index No.:

**SUMMONS**

Plaintiff designates
Queens County
as place of trial

The basis of the venue is:
Situs of Occurrence

To the above named defendants:

    YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, to, if the complaint is not served with the summons, to serve a notice of appearance, on the plaintiff's attorneys within twenty (20) days after the service of this summons, exclusive of the day of service (or within thirty (30) days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded herein.

Dated: New York, New York
       March 16, 2021

The nature of this action is for injuries sustained as a result of the defendants' negligence.
The relief sought is monetary damages.

                                     ELEFTERAKIS, ELEFTERAKIS & PANEK

                                     BY: NICHOLAS ELEFTERAKIS, ESQ.
                                     Attorneys for Plaintiff
                                     80 Pine Street, 38th Floor
                                     New York, N.Y. 10005
                                     (212) 532-1116

**Failure to respond, a judgment will be against you, by default and interest from August 4, 2020.**

**Defendants:**
TARGET CORPORATION
1010 Dale Street N
St. Paul, MN 55117-5603

ALLIED AUSTIN, LLC

Attn: General Counsel
118-35 Queens Boulevard
Forest Hills, NY 11375

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS
================================X
TRINGA LIMA SADRIU,

                Plaintiff,

-against-

TARGET CORPORATION and ALLIED AUSTIN, LLC,

                Defendants.
================================X

Date Filed:
Index No.:

**VERIFIED COMPLAINT**

Plaintiff, by her attorneys, ELEFTERAKIS, ELEFTERAKIS & PANEK, as and for her Verified Complaint, respectfully alleges, upon information and belief:

1. The plaintiff, **TRINGA LIMA SADRIU**, at all times herein mentioned was a resident of the State of New York.

2. That at all the times hereinafter alleged, and upon information and belief, Defendant, **TARGET CORPORATION**, was and still is a domestic corporation organized and existing under and by virtue of the laws of the State of New York.

3. That at all the times hereinafter alleged, and upon information and belief, Defendant, **TARGET CORPORATION**, was and still is a foreign corporation authorized to do business under and by virtue of the laws of the State of New York.

4. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **TARGET CORPORATION**, maintained a principal place of business in the State of New York.

5. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **TARGET CORPORATION**, conducted and carried on business in the State of New York.

6. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **TARGET CORPORATION**, transacted business within the State of New York.

7. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **TARGET CORPORATION**, derived substantial revenue from goods used or consumed or services rendered in the State of New York.

8. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **TARGET CORPORATION**, expected or should have reasonably expected its acts to have consequences in the State of New York.

9. That at all the times hereinafter alleged, and upon information and belief, Defendant, **ALLIED AUSTIN, LLC**, was and still is a domestic corporation organized and existing under and by virtue of the laws of the State of New York.

10. That at all the times hereinafter alleged, and upon information and belief, Defendant, **ALLIED AUSTIN, LLC**, was and still is a foreign corporation authorized to do business under and by virtue of the laws of the State of New York.

11. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **ALLIED AUSTIN, LLC**, maintained a principal place of business in the State of New York.

12. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **ALLIED AUSTIN, LLC**, conducted and carried on business in the State of New York.

13. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **ALLIED AUSTIN, LLC**, transacted business within the State of New York.

14. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **ALLIED AUSTIN, LLC**, derived substantial revenue from goods used or consumed or services rendered in the State of New York.

15. That at all of the times hereinafter mentioned, and upon information and belief, Defendant, **ALLIED AUSTIN, LLC**, expected or should have reasonably expected its acts to have

consequences in the State of New York.

16. That at all the times hereinafter alleged, and upon information and belief, the defendant, **TARGET CORPORATION**, owned the premises located at 7000 Austin Street in the County of Queens, State of New York.

17. That at all the times hereinafter alleged, and upon information and belief, the defendant, **TARGET CORPORATION**, was a lessee of the premises located 7000 Austin Street in the County of Queens, State of New York.

18. That at all the times hereinafter alleged, and upon information and belief, the defendant, **TARGET CORPORATION**, was a lessor of the premises located 7000 Austin Street in the County of Queens, State of New York.

19. That at all the times hereinafter alleged, and upon information and belief, the defendant, **TARGET CORPORATION**, managed the premises located at 7000 Austin Street in the County of Queens, State of New York.

20. That at all the times hereinafter alleged, and upon information and belief, the defendant, **TARGET CORPORATION**, maintained the premises located at 7000 Austin Street in the County of Queens, State of New York.

21. That at all the times hereinafter alleged, and upon information and belief, the defendant, **TARGET CORPORATION**, controlled the premises located at 7000 Austin Street in the County of Queens, State of New York.

22. That at all the times hereinafter alleged, and upon information and belief, the defendant, **TARGET CORPORATION**, operated the premises located at 7000 Austin Street in the County of Queens, State of New York.

23. That at all the times hereinafter alleged, and upon information and belief, the defendant,

TARGET CORPORATION, supervised the premises located at 7000 Austin Street in the County of Queens, State of New York.

24. That at all the times hereinafter alleged, and upon information and belief, the defendant, **ALLIED AUSTIN, LLC**, owned the premises located at 7000 Austin Street in the County of Queens, State of New York.

25. That at all the times hereinafter alleged, and upon information and belief, the defendant, **ALLIED AUSTIN, LLC**, was a lessee of the premises located 7000 Austin Street in the County of Queens, State of New York.

26. That at all the times hereinafter alleged, and upon information and belief, the defendant, **ALLIED AUSTIN, LLC**, was a lessor of the premises located 7000 Austin Street in the County of Queens, State of New York.

27. That at all the times hereinafter alleged, and upon information and belief, the defendant, **ALLIED AUSTIN, LLC**, managed the premises located at 7000 Austin Street in the County of Queens, State of New York.

28. That at all the times hereinafter alleged, and upon information and belief, the defendant, **ALLIED AUSTIN, LLC**, maintained the premises located at 7000 Austin Street in the County of Queens, State of New York.

29. That at all the times hereinafter alleged, and upon information and belief, the defendant, **ALLIED AUSTIN, LLC**, controlled the premises located at 7000 Austin Street in the County of Queens, State of New York.

30. That at all the times hereinafter alleged, and upon information and belief, the defendant, **ALLIED AUSTIN, LLC**, operated the premises located at 7000 Austin Street in the County of Queens, State of New York.

31. That at all the times hereinafter alleged, and upon information and belief, the defendant, **ALLIED AUSTIN, LLC**, supervised the premises located at 7000 Austin Street in the County of Queens, State of New York.

32. That on or about August 4, 2020, the plaintiff, **TRINGA LIMA SADRIU**, was on the aforesaid premises.

33. That on or about August 4, 2020, while the plaintiff, **TRINGA LIMA SADRIU**, was on the aforesaid premises, she was caused to slip and fall.

34. That the aforesaid accident and the injuries resulting therefrom were due solely and wholly as a result of the careless and negligent manner in that the defendants owned, operated, maintained, managed and controlled the aforesaid premises, without the plaintiff in any way contributing thereto.

35. That the defendants herein were negligent, reckless and careless in that they violated their duties to persons on the aforesaid premises and to this plaintiff in particular, in knowingly permitting, suffering and allowing the aforesaid to be, become and remain in a defective, unsafe and dangerous condition, and were further negligent in failing to take suitable precautions for the safety of persons lawfully on the aforesaid premises.

36. That by reason of the foregoing and the negligence of the defendants, the plaintiff, **TRINGA LIMA SADRIU**, was severely injured, bruised and wounded, suffered, still suffers and will continue to suffer for some time physical pain and bodily injuries and became sick, sore, lame and disabled and so remained for a considerable length of time.

37. That by reason of the foregoing, the plaintiff, **TRINGA LIMA SADRIU**, was compelled to and did necessarily require medical aid and attention, and did necessarily pay and become liable therefore for medicines and upon information and belief, the plaintiff, **TRINGA LIMA**

**SADRIU**, will necessarily incur similar expenses.

38. That by reason of the foregoing, the plaintiff, **TRINGA LIMA SADRIU**, has been unable to attend to her usual occupation in the manner required.

39. That one or more of the exceptions of §1602 of the Civil Practice Law and Rules do apply to the within action.

40. That as a result of the foregoing, the plaintiff, **TRINGA LIMA SADRIU**, sustained damages in an amount which exceeds the monetary jurisdictional limits of any and all lower Courts which would otherwise have jurisdiction herein, in an amount to be determined upon trial of this action.

**WHEREFORE**, Plaintiff demands the following judgment against the defendants for an amount which exceeds the jurisdictional limits of all other Courts which would otherwise have jurisdiction herein, in an amount to be determined upon trial of this action, together with costs and disbursements of this action, and with interest from the date of the accident. Plaintiff demands a jury trial.

Dated: New York, New York
       March 16, 2021

Yours, etc.,
ELEFTERAKIS, ELEFTERAKIS & PANEK

By: _____
    Nicholas Elefterakis, Esq.
    *Attorneys for Plaintiff*
    80 Pine Street, 38th Floor
    New York, New York 10005
    (212)532-1116

## ATTORNEY'S VERIFICATION

STATE OF NEW YORK    )
                     )
COUNTY OF NEW YORK   ) SS:

The undersigned, an attorney admitted to practice in the Courts of the State of New York, and an associate of the law firm of Elefterakis, Elefterakis, & Panek attorneys of record for the claimant herein, affirms:

That he has read the attached SUMMONS AND COMPLAINT and the same is true to his own knowledge, except as to the matters alleged on information and belief, and as to those matters, he believes them to be true to the best of his knowledge.

That affirmant's sources of information are investigation and files maintained in your affirmant's law office.

That this verification is made by your affirmant due to the fact that claimant does not presently reside within the county in which your affirmant maintains his law office, or is presently outside the county in which your affirmant maintains his law office.

The undersigned affirms that the foregoing statements are true, under penalties of perjury.

Dated: New York, New York
       March 16, 2021

_____
Nicholas Elefterakis, Esq.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF QUEENS

---

TRINGA LIMA SADRIU,

                Plaintiff,

-against-

TARGET CORPORATION and ALLIED AUSTIN, LLC,

                Defendants.

---

ELEFTERAKIS, ELEFTERAKIS & PANEK
80 Pine Street, 38th Floor
New York, New York 10005
212.532.1116

---

**Summons and Verified Complaint**

---

STATE OF NEW YORK, COUNTY OF NEW YORK, SS:
Nicholas Elefterakis, the undersigned, an attorney admitted to practice in the Courts of New York State, affirms the following:
I further certify that my signature below acts as a "certification" for the documents attached hereto, in compliance with section 130-1.1-a of the Rules of the Chief Administrator (22 NYCRR).

Dated: New York, New York
      March 16, 2021

                                            Nicholas Elefterakis, Esq.

---

PLEASE TAKE NOTICE

( )    that the within is a (certified) true copy of a Notice of    entered in the Office of the clerk of the within Entry named Court on

( )    that an Order of which the within is a true copy will be presented for
Notice of settlement to the Hon.    one of the Judges of the Settlement within named Court, on
                                        , at

---

ELEFTERAKIS, ELEFTERAKIS & PANEK
80 Pine Street, 38th Floor
New York, New York 10005
212.532.1116

NYSCEF DOC. NO. 2                        RECEIVED NYSCEF: 04/07/2021

Attorney(s)    Eleftrakis, Elefterakis & Panek
Index #       **706137/2021**
Purchased/Filed:
State of New York
Court:        Supreme
County:       Queens

P4436747

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Tringa Lima Sadriu

Plaintiff(s)

against

Target Corporation, etano

Defendant(s)

STATE OF NEW YORK )    **DESCRIPTION OF PERSON SERVED:**    Approx. Age: 55 yrs
COUNTY OF ALBANY ) SS
CITY OF ALBANY       )    Weight: 120 lbs    Height: 5' 1"    Sex: Female    Color of skin: White

Hair color: Brown    Other: _____

Robert Guyette, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on March 29, 2021, at 12:40 PM, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: **Summons & Verified Complaint**

on

**Target Corporation**

the Defendant in this action, by delivering to and leaving with Nancy Dougherty AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section BUSINESS CORPORATION LAW §306.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

29th day of March 2021

FAITH COZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette
Invoice·Work Order # 2109531
Attorney File # **4436747**

1 of 1